## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-23679 |
| DONALD KLIKA;<br>MARY KLIKA; | CHAPTER 13 |
| | JUDGE Pamela S. Hollis |
| Debtor(s). | |

### AGREED ORDER CONDITIONING THE AUTOMATIC STAY AND PROVIDING *IN REM* RELIEF

THIS CAUSE coming before the Court on Debtor's motion to extend the automatic stay on said real estate; Debtor and Creditor, HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1, having reached an agreement; the Court being advised in the premises and having jurisdiction:

IT IS HEREBY ORDERED that Debtors' Motion to Extend Automatic Stay is granted. The automatic stay is hereby extended to all creditors pursuant to 11 U.S.C. Section 362(c)(4).

IT IS FURTHER ORDERED that the automatic stay in this case, as it applies to the interest of HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1, its successors and/or assignees in the real property, commonly known as 219 North Hamilton Street, Lockport, Illinois 60441, shall be extended and shall continue in effect under the following conditions:

1. The Debtors shall make timely post-petition mortgage payments as per the terms of the security agreements.

2. If Debtors falls two (2) months in default on any payment, as referred to in paragraph 1, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 219 North Hamilton Street, Lockport, Illinois 60441.

3. In the event of a default, the Debtors shall tender the required funds along with a $100.00 service fee, payable to HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1, to the offices of Anselmo Lindberg Oliver LLC at the address below. The payment must be made in the form of a certified check, money order or cashier's check. The $100.00 service fee will be collectible against the Debtor, payable to either Creditor or its counsel pursuant to the terms of

the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor fail to cure.

4.  Under 11 U.S.C. § 362(d)(4) and provided that this order is recorded in conformity therewith, in the event the automatic stay is terminated for any reason in this instant case, including but not limited to dismissal or stay relief, HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1, it successors and/or assignees in the subject property, shall have *in rem* relief and the terminated stay shall be binding in any other subsequent cases filed by Debtors under any Chapter of the Bankruptcy Code for the property commonly known as 219 North Hamilton Street, Lockport, Will County, Illinois 60441 (PIN 04-14-414-007-0000).

DATED:    SEP 1 - 2017

ENTER:

_____
Bankruptcy Judge

_____
Attorney for Creditor

_____
Attorney for Debtor(s)

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Rd., Ste 120
Naperville, IL 60563-4947
630-453-6960   866-402-8661
630-428-4620 (fax)
bankruptcyteam@anselmolindberg.com
Attorney No. Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT ANSELMO LINDBERG OLIVER LLC IS DEEMED TO BE A DEBT COLLECTOR FOR ITS RESPECTIVE CLIENTS AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**